**Henry William TELLES,**
**Plaintiff–Appellant,**

v.

**COUNTY OF STANISLAUS; et al., Defendants–Appellees.**

No. 14-15032

United States Court of Appeals, Ninth Circuit.

Submitted September 27, 2016 *

Filed October 06, 2016

Henry William Telles, Pro Se

Eric Daniel Farrar, Law Offices of Daniel Farrar, Turlock, CA, for Defendant–Appellee

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Henry William Telles appeals pro se from the district court's judgment follow-

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

ing a jury trial in his 42 U.S.C. § 1983 action alleging Fourth Amendment violations. We have jurisdiction under 28 U.S.C. § 1291. We affirm.

We cannot review any of Telles' contentions challenging his jury trial because Telles has failed to provide the relevant pre-trial and trial transcripts required to review the alleged errors. *See* Fed. R. App. P. 10(b)(2); *Syncom Capital Corp. v. Wade*, 924 F.2d 167, 169–70 (9th Cir. 1991) (dismissing appeal by pro se appellant for failure to provide trial transcripts).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.